JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-1002 AG (RAOx) | Date | June 2, 2016 |
|---|---|---|---|
| Title | U.S. BANK, N.A. v. JEFFREY P. SOUMOKIL ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** [IN CHAMBERS] ORDER REMANDING ACTION TO STATE COURT

On March 3, 2016, Plaintiff U.S. Bank, N.A., filed this unlawful detainer action in Orange County Superior Court against Defendants Jeffrey P. Soumokil and Carolyn Lee Soumokil. (Complaint, Dkt. No. 1.) On May 31, 2016, Defendants sought to remove the action to this Court. (Notice of Removal, Dkt. No. 1.)

Apart from being untimely, Defendants' basis for removal lacks merit. First, Defendants seek removal under 28 U.S.C. § 1332, while simultaneously stating that "THIS IS NOT BASED on grounds of diversity of citizenship." So the Court will disregard the reference to the U.S. Code for diversity jurisdiction.

Next, Defendants seek removal under 28 U.S.C. § 1447(b). But that section does not provide an independent basis to remove, but instead sets forth the requirement to attach copies of all state court records to the notice of removal.

Defendants also assert that this Court has federal question jurisdiction over the action for a variety of reasons, including that "[r]esponsibilities in real estate matters include the 5th and 14th amendments to the US Constitution and the Civil Rights Act," the unlawful detainer

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-1002 AG (RAOx) | Date | June 2, 2016 |
|---|---|---|---|
| Title | U.S. BANK, N.A. v. JEFFREY P. SOUMOKIL ET AL. | | |

"deprives Defendant's Constitutional rights to due process," and the action "constitutes illegal taking under color of law." (Dkt. No. 1 at 4.) Those grounds do not support that there is a federal question raised on the face of the Complaint. Nor do federal questions raised in defense support removal. *Franchise Tax Board of State of Cal. v. Construction Laborers Vacation Trust for S. Cal.*, 463 U.S. 1, 10 (1983).

Finally, Defendants seek to invoke 28 U.S.C. § 1443(1) as the basis for removal "because under California Civil Code §2924 he is denied or cannot enforce his equal rights to contract for and secure real property rights in the Superior Courts of the State of California on account of that unconstitutional California statute §2924, which specifically violates the equal protection of the laws and equal access to the courts and to due process of law granted and secured by 42 U.S.C. §§1981 & 1982."

"A removal petition under Section 1443(1) must satisfy the two-part test articulated by the Supreme Court . . . ." *Patel v. Del Taco, Inc.*, 446 F.3d 996, 998–99 (9th Cir. 2006) (citing *Georgia v. Rachel*, 384 U.S. 808, 824–28 (1966)). "First, [defendants] must assert . . . rights that are given to them by explicit statutory enactment protecting equal racial civil rights." *California v. Sandoval*, 434 F.2d 635, 636 (9th Cir. 1970). "Second, [defendants] must assert that the state courts will not enforce that right, and that allegation must be supported by reference to a state statute or a constitutional provision that purports to command the state courts to ignore the federal rights." *Id.* Defendants fail to meet those two requirements to justify removal under this statute.

Defendants reference other laws in the Notice, none of which provide a basis for removal. This case belongs in state court. Any further efforts to remove will likely result in unfairness, and could result in an award of sanctions.

Because Defendant failed to sufficiently allege a federal question, the Court DENIES Defendant's request to remove this unlawful detainer action to this Court. Accordingly, the Court REMANDS the action to state court.

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 16-1002 AG (RAOx) | Date | June 2, 2016 |
|---|---|---|---|
| Title | U.S. BANK, N.A. v. JEFFREY P. SOUMOKIL ET AL. | | |

: 0

Initials of Preparer  lmb